UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| | |
|---|---|
| Superon Schweisstechnik India LTD<br><br>                    **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br>                            **Defendant.** | **S U M M O N S**<br><br>Court No. 21-570 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Houston; Memphis | Center (if known): | Base Metals |
| Protest Number: | 200621106267 | Date Protest Filed: | 2/12/20 |
| Importer: | Superon Schweisstechnik India LTD. | Date Protest Denied: | 4/28/21 |
| Category of Merchandise: | Welding Wire | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 906-0198475-3 | 5/8/19 | 11/20/20 | | | |
| BUU-1287294-7 | 6/11/19 | 8/23/19 | | | |
| | | | | | |
| | | | | | |

Lars-Erik A. Hjelm
Akin Gump Strauss Hauer & Feld LLP
2001 K. St., NW
Washington, DC 20006
lhjelm@akingump.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Welding Wire | 7223.00.1061<br>9903.80.01 | Free<br>25% | 8311.10.0000<br>8311.90.0000 | Free<br>Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

CBP decided that the welding wire is not coated with a flux material. Plaintiff claims that the welding wire is coated with a flux material, consistent N30006 (September 7, 2018).

The issue which was common to all such denied protests:

Whether the welding wire is coated with a flux material and therefore is not subject to section 232 duties.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Lars-Erik A. Hjelm
_____
*Signature of Plaintiff's Attorney*

October 22, 2021
_____
*Date*